# MINUTES

```
                                          FILED IN THE
                                     UNITED STATES DISTRICT COURT
                                         DISTRICT OF HAWAII
                                         03/09/2006 4:30 PM
                                         SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00243DAE

**CASE NAME:** USA vs. (01) Michael Furukawa
(02) Wesley Uemura
(03) Dennis Hirokawa
(04) Richard Okada

**ATTYS FOR PLA:**
William L. Shipley
Lawrence Tong
Lawrence Goya

**ATTYS FOR DEF:**
(01) Howard K.K. Luke
(02) Clifford B. Hunt
(03) Keith Shigetomi
(04) Dana Ishibashi

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA

**DATE:** 03/09/2006

**REPORTER:**

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Jury Selection/Trial to Follow  continued  from 04/11/2006 09:00:00 AM to 09/19/2006 09:00:00 AM before DAE

Final Pretrial Conference continued  from 03/13/2006 10:00:00 AM to 08/21/2006 10:00:00 AM,  Judge presiding changed from BMK to KSC,  from COURTROOM 6 to COURTROOM 5 before KSC

Time to be excluded from 4/11/2006 to 9/19/2006.

Stip to be prepared.

Submitted by: Theresa Lam, Courtroom Manager

Created: 03/09/2006 10:32:08 AM                                Document: 37929215