# ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON 4532
Chief, Major Crimes

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA  2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at _____ o'clock and ___55__ min. P_ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br> )<br>vs. )<br><br> )<br>MICHAEL FURUKAWA, (01) )<br>WESLEY UEMURA, (02) )<br>DENNIS HIROKAWA, (03) )<br>RICHARD OKADA, (04) )<br><br>Defendants. )<br> )<br> )<br> )<br>_____ ) | CR. NO. 04-00243 DAE<br><br>SECOND SUPERSEDING INDICTMENT<br><br>18 U.S.C. §  371 - Conspiracy<br>18 U.S.C. § 1341 - Mail Fraud |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT 1

(18 U.S.C. § 371 – Conspiracy)

I.    BACKGROUND

1.    At all times material to this Second Superseding Indictment and as set forth herein:

a.    Defendant MICHAEL FURUKAWA was a resident of the City and County of Honolulu, State of Hawaii.

b.    Defendant WESLEY UEMURA was a resident of the City and County of Honolulu, State of Hawaii.

c.    Defendant DENNIS HIROKAWA was employed by the State of Hawaii, Department of Transportation, Oahu Airport District, serving as an Engineer from July 1, 1997 through September 1, 1998, as Acting Airport Construction and Maintenance Superintendent from September 1, 1998 through mid April 1999, and thereafter as Airport Construction and Maintenance Superintendent from mid April 1999 through June 30, 2002.

d.    Defendant RICHARD OKADA was Administrator of the Visitor Information Program for the State of Hawaii, Department of Transportation, Honolulu International Airport.

e.    MF Masonry, Inc., was incorporated in Hawaii on March 18, 1983, with Defendant MICHAEL FURUKAWA as its President.

2

f.    Argent Construction, Inc., was incorporated in Hawaii on November 16, 1998, with defendant MICHAEL FURUKAWA as its President.

g.    The Kenlee Limited Liability Company was organized in Hawaii on February 16, 1999, with defendant MICHAEL FURUKAWA as a company officer.

h.    Wes' Contracting was registered as a trade name with the State of Hawaii, Department of Commerce and Consumer Affairs on May 4, 1994, with defendant WESLEY UEMURA identified as its principal.

I.    Hammer Jammers, Inc., was incorporated in Hawaii on November 16, 1998, with defendant WESLEY UEMURA as its President.

j.    Gothic Builders, Inc., was incorporated in Hawaii on January 8, 1991, with defendants MICHAEL FURUKAWA and WESLEY UEMURA as President and Vice-President, owning 49% and 51% of the stock, respectively.

k.    "R.L.," an unindicted co-conspirator, was an employee of the State of Hawaii Department of Transportation, Oahu Airport District.

l.    Harry Shibuya, an unindicted co-conspirator, was an employee of the State of Hawaii, Department of Transportation, Oahu Airport District.

m.    Arthur Inada, an unindicted co-conspirator, was a resident of the City and County of Honolulu, State of Hawaii.

n.    Bert Shiosaki, an unindicted co-conspirator, was a resident of the County of Honolulu, State of Hawaii.

2.    Defendants MICHAEL FURUKAWA and WESLEY UEMURA, through businesses owned and operated by them, including MF Masonry, Argent Construction, KenLee, Gothic Construction, Wes' Contracting, and Hammer Jammers, performed maintenance, repair, and construction work for the State of Hawaii at the Honolulu International Airport, with nearly all the contracts for such work falling within the procurement provisions for purchase contracts under $25,000.

3.    From July 1, 1997 to June 30, 2002, the appropriate process for the issuance of maintenance and repair contracts on the grounds or facilities of the Honolulu International Airport for a cost of less than $25,000 was supposed to be as follows:

a.    Maintenance or repair projects were most commonly initiated by way of a "Trouble Call" form (hereinafter referred to as a "TC") which described the nature and location of the problem, and to which photographs were often attached.

b.    TC's were ordinarily routed to the Maintenance Superintendent at the Honolulu International Airport,

4

who determined whether the maintenance or repair project should
be handled by the in-house maintenance staff workers employed by
the State of Hawaii, Department of Transportation at the Honolulu
International Airport, or by a private contractor or vendor.

c.   If, after review of the project - sometimes
including consultation with the in-house maintenance supervisors
- it was determined that the project was beyond the scope or
abilities of the in-house maintenance staff, the Maintenance
Superintendent referred the TC to the Oahu District Maintenance
Engineer at the Honolulu International Airport (hereinafter
referred to as "OME") for solicitation of quotes from private
contractors or vendors pursuant to the rules and regulations
governing procurement of such services.

4.   Pursuant to the Hawaii Revised Statutes, and the
regulations and policies of the state agencies involved in the
administration of public finances expenditures, a contract for
the purchase of construction services for a cost of less than
$25,000 - a "small purchase contract" ("SPC") - is awarded
through the following process:

a.   A State of Hawaii contracting official
(hereinafter "contracting official") solicits at least three
quotes in relation to the scope of work determined to be
necessary by the contracting official.

b.   The contracting official identifies the lowest quote and submits a Purchase Requisition for approval.

c.   If approved, a Requisition and Purchase Order is issued authorizing the purchase of construction services in accord with the Purchase Requisition.

d.   A notice is issued to the vendor or contractor that submitted the lowest bid, authorizing the commencement of work.

e.   Following the satisfactory completion of the work called for in the Requisition and Purchase Order, the vendor or contractor submits an invoice to initiate the payment process.

f.   Upon approval of the invoice by the contracting official indicating satisfactory completion of the project, the agency procuring the project issues a "Summary Warrant Voucher," which is a request to the State of Hawaii, Department of Accounting and General Services, to pay the invoice.

g.   The Department of Accounting and General Services issues payment, referred to as a "Warrant", along with a "Warrant Number Listing," which sets forth the vendor number, warrant amount, and a "Warrant Routing Indicator" ("WRI") which reflects the manner in which the Warrant was delivered to the vendor or contractor – by mail or otherwise.

II.    THE CONSPIRACY

       5.    From a precise date unknown to the Grand Jury, but by on or about July 1, 1997, and continuing to on or about June 30, 2002, in the District of Hawaii and elsewhere, the Defendants, MICHAEL FURUKAWA, WESLEY UEMURA, DENNIS HIROKAWA and RICHARD OKADA did willfully and knowingly conspire with each other and others, both known and unknown to the Grand Jury to commit offenses against the United States, that is, knowingly to devise, and intending to devise, a scheme and artifice to defraud and to obtain money from the State of Hawaii by means of materially false and fraudulent pretenses, representations and promises, as well as omissions of material facts, and for the purpose of executing the scheme and artifice, and attempting to do so, to cause certain items to be delivered by United States mail, violations of Title 18, United States Code, section 1341.

III.    MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

       6.    In the process of obtaining quotes for "small purchase contracts" for maintenance, repair and construction work, Defendant HIROKAWA bypassed established contracting procedures by directing OME personnel to contact only one contractor – not three as required by governing procedures – for the purpose of obtaining quotes for TCs.

       7.    Defendant HIROKAWA regularly directed OME personnel to contact companies owned and operated by Defendants

FURUKAWA and UEMURA - MF Masonry, Argent Construction, KenLee
LLC, Gothic Builders, Wes' Contracting, or Hammer Jammers - to
obtain quotes for TCs.

      8.   Upon receiving a request to submit a quote for a
maintenance, repair, or construction project from the OME,
Defendants FURUKAWA and UEMURA submitted, or caused to be
submitted, not only a quote on behalf of the company designated
by defendant HIROKAWA, but they also submitted, or arranged to be
submitted, two additional quotes in the names of other companies
to create the appearance that three quotes were obtained by OME
in relation to the TC.  These additional two quotes were often
referred to as "complementary bids," and the OME personnel
understood that they were to accept these "complementary bids" in
lieu of soliciting quotes from two additional vendors or
contractors.

      9.   Defendants FURUKAWA and UEMURA submitted, or
caused to be submitted, "complementary bid" quotes usually in the
names of, and on the letterhead of five companies in which they
had no ownership or control, and referred to herein as SEI, BBI,
HCI, TTI, and BUI.

      10.   In some instances the "complementary bids" were
prepared by Defendants FURUKAWA and UEMURA using blank proposal
forms bearing the letterheads of the other companies.  In other

instances, the owners of other companies provided "complementary
bids" with no intent to bid competitively.

    11.    On some occasions a company owned by FURUKAWA
would provide, or cause to be provided, a "complementary bid" on
a project that Defendant HIROKAWA had designated be awarded to a
company owned by UEMURA.  On other occasions, a company owned by
UEMURA would provide, or cause to be provided, a "complementary
bid" on a project that Defendant HIROKAWA had designated be
awarded to a company owned by FURUKAWA.

    12.    In each instance set forth in this indictment,
the quote provided by Defendants FURUKAWA and UEMURA on behalf of
the company specified by defendant HIROKAWA was lower than the
"complementary bids" submitted, or caused to be submitted, by
Defendants FURUKAWA and UEMURA in the names of other companies.

    13.    Through the submission and acceptance of such
"complementary bids," there was no actual competition for the
award of the contracts for the maintenance, repair, or
construction work described in the TCs.  The contracts awarded to
companies owned and/or controlled by Defendants FURUKAWA and
UEMURA, as well as the invoices submitted by those companies for
payment, were falsely and fraudulently inflated above a fair and
reasonable value for the work allegedly performed.

    14.    Following completion of the maintenance, repair,
or construction projects for which the contracts were awarded,

9

Defendants FURUKAWA and UEMURA caused payments to be mailed to their respective companies by submitting, or causing to be submitted, false and fraudulent inflated invoices in relation to the maintenance, repair, or construction projects.

15.  On many contracts awarded to UEMURA's companies Wes' Contracting and Hammer Jammers in fiscal year 1999, UEMURA issued or caused to be issued a payment to one of FURUKAWA's companies, with a notation written on the check that it was for work as a "subcontractor" on a specific project at the airport, identified by the Purchase Order number assigned by the OME to that particular project.  The amount of these "subcontractor" payments was in almost all instances between $700 and $850.

16.  Arthur Inada performed repair and maintenance work at the Honolulu International Airport pursuant to contracts issued to his company by OME at the direction of Defendant HIROKAWA.  Defendant FURUKAWA first explained to Inada that in addition to submitting his own bid, Inada also needed to submit bids from two additional contractors in order to satisfy the three bid requirement under state procurement laws.

17.  During the course of the conspiracy, and in return for receiving such contracts, Inada treated defendant HIROKAWA, and others accompanying HIROKAWA, to lunches at various restaurants in and around Honolulu.  Inada paid for such meals approximately once a month.

10

18.   Additionally, during the period 1998 to 2000, Inada had food delivered to the offices of the OME for lunch, as well as for special events like office parties.

19.   During the time period of the conspiracy, defendant OKADA told Inada to pay defendant HIROKAWA $500 for each repair and maintenance contract given to Inada's company by the OME.

20.   Inada paid $500 per contract directly to defendant HIROKAWA for a period of several months, after which Inada began giving the $500 payments to defendant OKADA.  Inada thereafter began making monthly payments of $2000 to Defendant OKADA.

21.   Inada made the contract kickbacks for a period of approximately two years, ending in late 1999 or early 2000.

22.   In addition to the contract kickbacks, Inada made two larger payments to defendant OKADA during the time period of the conspiracy.  Defendant OKADA specified that the payments were to be approximately $20,000, and explained the money would be used to make political contributions.

23.   During the period Inada was paying such kickbacks, Inada was told by defendant OKADA that the bids he was submitting for airport maintenance and repair projects were too low, and that he should increase his prices.  Defendant OKADA told Inada that his bids should be high enough to cover the expenses of

11

making the kickback payments to defendant HIROKAWA, and also to cover the increased taxes incurred by Inada from the excess profits he was realizing.

24.  During the course of the conspiracy, Defendant OKADA often gave Inada receipts for the purchase of food and beverages, and asked Inada to reimburse defendant OKADA for the expenses.  Defendant OKADA also directed Inada to purchase gift certificates and merchandise from restaurants and retailers to be given away at various events.

25.  Bert Shiosaki performed repair and maintenance work at the Honolulu International Airport pursuant to contracts issued to his company by OME at the direction of Defendant HIROKAWA.

26.  Bert Shiosaki submitted "complementary bids" on the letterhead of the same two contractors on each airport project for which he was issued a contract during the 1999 and 2000 fiscal years.

27.  During the time period of the conspiracy, Defendants OKADA, FURUKAWA, and UEMURA, along with Arthur Inada and Bert Shiosaki, attended a meeting at the airport.  Defendant OKADA told FURUKAWA, UEMURA, Inada and Shiosaki that they should form new companies in order to receive additional airport repair and maintenance projects without drawing attention to the fact

that only a few contractors received a large percentage of such contracts.

28.   During the time period of the conspiracy, Defendant OKADA told the maintenance inspectors working at OME that they should write no fewer than ten TCs a week to address maintenance problems at the airport.

29.   During the time period of the conspiracy, following the public disclosure in the press of the Hawaii Attorney General Office's investigation of the small purchase maintenance contracts at the airport, defendants FURUKAWA, UEMURA, HIROKAWA, and OKADA, as well as Inada and Shiosaki, met at FURUKAWA's residence to discuss the investigation.   During this meeting, Defendant FURUKAWA stated that no one should admit to making cash payments in connection with receiving airport contracts.

30.   Approximately one week after the meeting at Defendant FURUKAWA's residence, another meeting was held at the residence of Defendant OKADA, and attended by Defendants FURUKAWA, UEMURA, HIROKAWA, and OKADA, as well as Inada and Shiosaki.   During this meeting Defendant OKADA stated that he was going to contact individuals with political influence to inquire about getting the law enforcement investigation stopped.

III.  OVERT ACTS

        31.  In furtherance of the conspiracy and to achieve
the objects thereof, the Defendants committed overt acts in the
District of Hawaii, including, but not limited to, the following:

        Overt Act 1 - In re: TC No. 49384; Warrant No. S0086378

        a.  On or about January 22, 1999, defendant HIROKAWA
directed Harry Shibuya to contact Defendant FURUKAWA for the
purpose of soliciting a contract proposal for repair work in
relation to TC No. 49384.

        b.  On or about February 1, 1999, Defendant FURUKAWA
delivered or caused to be delivered to the Airport OME a
fraudulently inflated contract proposal on behalf of MF Masonry
for work in relation to TC No. 49384.

        c.  On or about February 1, 1999, Defendant FURUKAWA
delivered or caused to be delivered to the Airport OME false and
fraudulent contract proposals in the names of BUI and HCI in
relation to TC No. 49384.

        d.  On or about February 10, 1999, Defendant FURUKAWA
submitted or caused to be submitted to the Airport OME a
fraudulently inflated invoice from MF Masonry for work allegedly
performed pursuant to TC No. 49384.

        e.  As a result of submitting the invoice on February
10, 1999, Defendant FURUKAWA caused Warrant No. S0086378, in the

14

amount of $8,965 to be mailed to MF Masonry on or about March 2, 1999, by the State of Hawaii.

Overt Act 2 - In re: TC No. 49385; Warrant No. S0088357

a. On or about January 25, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49385.

b. On or about January 27, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49385.

c. On or about January 27, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of SEI and BUI in relation to TC No. 49385.

d. On or about February 23, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49385.

e. As a result of submitting the invoice on February 23, 1999, Defendant FURUKAWA caused Warrant No. S0088357, in the amount of $9,390 to be mailed to Gothic Builders on or about March 9, 1999, by the State of Hawaii.

Overt Act 3 - In re: TC No. 49397; Warrant No. S0086737

  a. On or about January 28, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49397.

  b. On or about February 9, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49397.

  c. On or about February 9, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and SEI in relation to TC No. 49397.

  d. Also on or about February 18, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 49397.

  e. As a result of submitting the invoice on February 18, 1999, Defendant FURUKAWA caused Warrant No. S0086737, in the amount of $9,469 to be mailed to Argent Construction on or about March 3, 1999, by the State of Hawaii.

Overt Act 4 - In re: TC No. 49436; Warrant No. S0109965

  a. On or about February 9, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the

16

purpose of soliciting a contract proposal for repair work in relation to TC No. 49436.

       b.  On or about March 1, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of MF Masonry for work in relation to TC No. 49436.

       c.  On or about March 1, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Hammer Jammers and TTI in relation to TC No. 49436.

       d.  On or about April 15, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from MF Masonry for work allegedly performed pursuant to TC No. 49436.

       e.  As a result of submitting the invoice on April 15, 1999, Defendant FURUKAWA caused Warrant No. S0109965, in the amount of $7,765, to be mailed to MF Masonry on or about May 11, 1999, by the State of Hawaii.

    Overt Act 5 – In re: TC No. 49426; Warrant No. S0097327

       a.  On or about February 10, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49426.

17

b.  On or about February 23, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49426.

c.  On or about February 23, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of SEI and HCI in relation to TC No. 49426.

d.  On or about March 9, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 49426.

e.  As a result of submitting the invoice on March 9, 1999, Defendant FURUKAWA caused Warrant No. S0097327, in the amount of $8,339 to be mailed to Argent Construction on or about April 1, 1999, by the State of Hawaii.

Overt Act 6 - In re: TC No. 49612; Warrant No. S0003860

a.  On or about March 4, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49612.

b.  On or about April 5, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a

18

fraudulently inflated contract proposal on behalf of Hammer
Jammers for work in relation to TC No. 49612.

       c.  On or about April 5, 1999, Defendant UEMURA
delivered or caused to be delivered to the Airport OME false and
fraudulent contract proposals in the names of MF Masonry and SEI
in relation to TC No. 49612.

       d.  On or about June 17, 1999, Defendant UEMURA
submitted or caused to be submitted to the Airport OME a
fraudulently inflated invoice from Hammer Jammers for work
allegedly performed pursuant to TC No. 49612.

       e.  As result of submitting the invoice on June 17,
1999, Defendant UEMURA caused Warrant No. S0003860, in the amount
of $7,795.00 to be mailed to Hammer Jammers on or about July 16,
1999, by the State of Hawaii.

    Overt Act 7 – In re: TC No. 49610; Warrant No. S0010296

       a.  On or about March 4, 1999, Defendant HIROKAWA
directed Harry Shibuya to contact Defendant UEMURA for the
purpose of soliciting a contract proposal for repair work in
relation to TC No. 49610.

       b.  On or about March 29, 1999, Defendant UEMURA
delivered or caused to be delivered to the Airport OME a
fraudulently inflated contract proposal on behalf of Hammer
Jammers for work in relation to TC No. 49610.

c.  On or about March 29, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Argent Construction and TTI in relation to TC No. 49610.

d.  On or about June 24, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC No. 49610.

e.  As a result of submitting the invoice on June 24, 1999, Defendant UEMURA caused Warrant No. S0010296, in the amount of $8,365.00 to be mailed to Hammer Jammers on or about August 5, 1999, by the State of Hawaii.

Overt Act 8 - In re: TC No. 49609, Warrant No. S0003852

a.  On or about March 4, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49609.

b.  On or about April 12, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Wes' Contracting for work in relation to TC No. 49609.

c.  On or about April 12, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and

fraudulent contract proposals in the names of MF Masonry and HCI in relation to TC No. 49609.

      d.  On or about June 17, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Wes' Contracting for allegedly work performed pursuant to TC No. 49609.

      e.  As a result of submitting the invoice on June 17, 1999, Defendant UEMURA caused Warrant No. S0003852, in the amount of $8,670.00 to be mailed to Wes' Contracting on or about July 16, 1999, by the State of Hawaii.

Overt Act 9 - In re: TC No. 49626; Warrant No. S0123578

      a.  On or about March 5, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49626.

      b.  On or about May 10, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Wes' Contracting for work in relation to TC No. 49626.

      c.  On or about May 10, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of MF Masonry and TTI in relation to TC No. 49626.

d.   On or about June 3, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Wes' Contracting for work allegedly performed pursuant to TC No. 49626.

e.   As a result of submitting the invoice on June 3, 1999, Defendant UEMURA caused Warrant No. 0123578, in the amount of $9,680.00 to be mailed to Wes' Contracting on or about June 23, 1999, by the State of Hawaii.

Overt Act 10 - In re: TC No. 49628, Warrant No. S0122320

a.   On or about March 8, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49628.

b.   On or about March 30, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49628.

c.   On or about March 30, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and HCI in relation to TC No. 49628.

d.   On or about May 27, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME, a

22

fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC No. 49628.

e.   By submitting the invoice on May 27, 1999, Defendant UEMURA caused Warrant No. S0122320, in the amount of $9,675.00, to be mailed to Hammer Jammers on or about June 18, 1999, by the State of Hawaii.

Overt Act 11 - In re: TC No. 49637; Warrant No. S0113074

a.   On or about March 10, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49637.

b.   On or about March 30, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49637.

c.   On or about March 30, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of HCI and BUI in relation to TC No. 49637.

d.   On or about May 4, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49637.

23

e.  As a result of submitting the invoice on May 4, 1999, Defendant FURUKAWA caused Warrant No. S0113074, in the amount of $8,670 to be mailed to Gothic Builders on or about May 24, 1999, by the State of Hawaii.

Overt Act 12 - In Re: TC No. 49638; Warrant No. S0117291

a.  On or about March 10, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49638.

b.  On or about April 13, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Wes' Contracting for work in relation to TC No. 49638.

c.  On or about April 13, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BBI and BUI in relation to TC No. 49638.

d.  On or about May 4, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Wes' Contracting for work allegedly performed pursuant to TC No. 49638.

e.  As a result of submitting the invoice on May 4, 1999, Defendant UEMURA caused Warrant No. S0117291 in the amount

24

of $9,590.00 to be mailed to Wes' Contracting on or about June 2, 1999, by the State of Hawaii.

Overt Act 13 - In re: TC No. 49634; Warrant No. S0013939

a.  On or about March 22, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49634.

b.  On or about May 18, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of MF Masonry for work in relation to TC No. 49634.

c.  On or about May 18, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and HCI in relation to TC No. 49634.

d.  On or about June 17, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from MF Masonry for work allegedly performed pursuant to TC No. 49634.

e.  As a result of submitting the invoice on June 17, 1999, Defendant FURUKAWA caused Warrant No. S0013939, in the amount of $9,685, to be mailed to MF Masonry on or about August 16, 1999, by the State of Hawaii.

Overt Act 14 - In re: TC No. 49599; Warrant No. S0109978

a. On or about March 23, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49599.

b. On or about April 6, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49599.

c. On or about April 6, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BBI and SEI in relation to TC No. 49599.

d. On or about April 22, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49599.

e. As a result of submitting the invoice on April 22, 1999, Defendant FURUKAWA caused Warrant No. S0109978, in the amount of $16,460, to be mailed to Gothic Builders on or about May 11, 1999, by the State of Hawaii.

Overt Act 15 - In re: TC No. 49729; Warrant No. S0123567

a. On or about March 23, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the

26

purpose of soliciting a contract proposal for repair work in relation to TC No. 49729.

b.  On or about April 12, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49729.

c.  On or about April 12, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Argent Construction and HCI in relation to TC No. 49729.

d.  On or about June 3, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC No. 49729.

e.  By submitting the invoice on June 3, 1999, Defendant UEMURA caused Warrant No. S0123567, in the amount of $9,265, to be mailed to Hammer Jammers on or about June 23, 1999, by the State of Hawaii.

Overt Act 16 – In re: TC No. 49649; Warrant No. S0112990

a.  On or about April 5, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49649.

b.  On or about April 19, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49649.

c.  On or about April 19, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of MF Masonry and TTI in relation to TC No. 49649.

d.  On or about April 29, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC 49649.

e.  By submitting the invoice on April 29 1999, Defendant UEMURA caused Warrant No. S0112990, in the amount of $8,495.00, to be mailed to Hammer Jammers on or about May 24, 1999, by the State of Hawaii.

Overt Act 17 – In re: TC No. 49774; Warrant No. S0011621

a.  On or about April 5, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49774.

b.  On or about May 24, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a

fraudulently inflated contract proposal on behalf of MF Masonry in relation to TC No. 49774.

c. On or about May 24, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Wes' Contracting and SEI in relation to TC No. 49774.

d. On or about June 17, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from MF Masonry for work allegedly performed pursuant to TC No. 49774.

e. As a result of submitting the invoice on June 17, 1999, Defendant FURUKAWA caused Warrant No. S0011621, in the amount of $8,755 to be mailed to MF Masonry on or about August 10, 1999, by the State of Hawaii.

Overt Act 18 - In re: TC No. 49777; Warrant No. S0014534

a. On or about April 7, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49777.

b. On or about June 7, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of MF Masonry for work in relation to TC No. 49777.

c.  On or about June 7, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Wes' Contracting and TTI in relation to TC No. 49777.

d.  On or about July 29, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from MF Masonry for work allegedly performed pursuant to TC No. 49777.

e.  As a result of submitting the invoice on July 29, 1999, Defendant FURUKAWA caused Warrant No. S0014534, in the amount of $9,485 to be mailed to MF Masonry on or about August 18, 1999, by the State of Hawaii.

Overt Act 19 - In re: TC No. 49779; Warrant No. S0010075

a.  On or about April 7, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49779.

b.  On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49779.

c.  On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and

30

fraudulent contract proposals in the names of Wes' Contracting
and TTI in relation to TC No. 49779.

      d.  On or about July 5, 1999, Defendant FURUKAWA
submitted or caused to be submitted to the Airport OME a
fraudulently inflated invoice from Argent Construction for work
allegedly performed pursuant to TC No. 49779.

      e.  As a result of submitting the invoice on July 5,
1999, Defendant FURUKAWA caused Warrant No. S0010075, in the
amount of $9,469, to be mailed to Argent Construction on or about
August 4, 1999, by the State of Hawaii.

    <u>Overt Act 20</u> - In re: TC No. 49843; Warrant No. S0010836

      a.  On or about April 13, 1999, Defendant HIROKAWA
directed Harry Shibuya to contact Defendant FURUKAWA for the
purpose of soliciting a contract proposal for repair work in
relation to TC No. 49843.

      b.  On or about June 15, 1999, Defendant FURUKAWA
delivered or caused to be delivered to the Airport OME a
fraudulently inflated contract proposal on behalf of MF Masonry
for work in relation to TC No. 49843.

      c.  On or about June 15, 1999, Defendant FURUKAWA
delivered or caused to be delivered to the Airport OME false and
fraudulent contract proposals in the names of TTI and SEI in
relation to TC No. 49843.

31

d.  On or about July 8, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from MF Masonry for work allegedly performed pursuant to TC No. 49843.

e.  As a result of submitting the invoice on July 8, 1999, Defendant FURUKAWA caused Warrant No. S0010836, in the amount of $8,745, to be mailed to MF Masonry on or about August 6, 1999, by the State of Hawaii.

Overt Act 21 - In re: TC No. 49852; Warrant No. S0008257

a.  On or about April 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49852.

b.  On or about May 25, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49852.

c.  On or about May 25, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of TTI and BBI in relation to TC No. 49852.

d.  On or about June 23, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a

32

fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 49852.

e.  As a result of submitting the invoice on June 23, 1999, Defendant FURUKAWA caused Warrant No. S0008257, in the amount of $8,859, to be mailed to Argent Construction on or about July 30, 1999, by the State of Hawaii.

Overt Act 22 - In re: TC No. 49849, Warrant No. S0003866

a.  On or about April 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49849.

b.  On or about June 1, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Wes' Contracting for work in relation to TC No. 49849.

c.  On or about June 1, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of TTI and BBI in relation to TC No. 49849.

d.  On or about June 17, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Wes' Contracting for work performed pursuant to TC No. 49849.

33

e.  As a result of submitting the invoice on June 17, 1999, Defendant UEMURA caused Warrant No. S0003866, in the amount of $8,760.00, to be mailed to Wes' Contracting on or about July 16, 1999, by the State of Hawaii.

Overt Act 23 - In re: TC No. 49851; Warrant No. S0009291

a.  On or about April 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49851.

b.  On or about May 17, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49851.

c.  On or about May 17, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of MF Masonry and BUI in relation to TC 49581.

d.  On or about June 17, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work performed pursuant to TC No. 49851.

e.  As a result of submitting the invoice on June 17, 1999, Defendant UEMURA caused Warrant No. S0009291, in the amount

34

of $8,665.00, to be mailed to Hammer Jammers on or about August 2, 1999, by the State of Hawaii.

Overt Act 24 - In re: TC No. 49850; Warrant No. S0010295

a.   On or about April 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49850.

b.   On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49850.

c.   On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and HCI in relation to TC No. 49850.

d.   On or about June 29, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49850.

e.   As a result of submitting the invoice on June 29, 1999, Defendant FURUKAWA caused Warrant No. S0010295, in the amount of $7,950, to be mailed to Gothic Builders on or about August 5, 1999, by the State of Hawaii.

Overt Act 25 - In re: TC No. 49857; Warrant No. S0009285

a.  On or about April 20, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49857.

b.  On or about June 1, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49857.

c.  On or about June 1, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Wes' Contracting and BUI in relation to TC No. 49857.

d.  On or about June 23, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 49857.

e.  As a result of submitting the invoice on June 23, 1999, Defendant FURUKAWA caused Warrant No. S0009285, in the amount of $9,679, to be mailed to Argent Construction on or about August 2, 1999, by the State of Hawaii.

Overt Act 26 - In re: TC No. 49856; Warrant No. S0008263

a.  On or about April 20, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the

36

purpose of soliciting a contract proposal for repair work in relation to TC No. 49856.

b.  On or about May 18, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49856.

c.  On or about May 18, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of TTI and BBI in relation to TC No. 49856.

d.  On or about June 24, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work performed pursuant to TC No. 49856.

e.  As a result of submitting the invoice on June 24, 1999, Defendant UEMURA caused Warrant No. S0008263, in the amount of $9,475.00 to be mailed to Hammer Jammers on or about July 30, 1999, by the State of Hawaii.

Overt Act 27 - In re: TC No. 49879; Warrant No. S0003850

a.  On or about April 28, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49879.

37

b.  On or about May 24, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49879.

c.  On or about May 24, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and HCI in relation to TC No. 49879.

d.  On or about June 16, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49879.

e.  As a result of submitting the invoice on June 16, 1999, Defendant FURUKAWA caused Warrant No. S0003850, in the amount of $9,480, to be mailed to Gothic Builders on or about July 16, 1999, by the State of Hawaii.

Overt Act 28 – In re: TC No. 49881; Warrant No. S0000176

a.  On or about April 28, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49881.

b.  On or about May 25, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a

fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 49881.

c.  On or about May 25, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of SEI and BUI in relation to TC 49881.

d.  On or about June 10, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC 49881.

e.  As a result of submitting the invoice on June 10, 1999, Defendant UEMURA caused Warrant No. S0000176, in the amount of $9,256.00 to be mailed to Hammer Jammers on or about July 1, 1999, by the State of Hawaii.

Overt Act 29 - In re: TC No. 49897; Warrant No. S0011396

a.  On or about May 4, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49897.

b.  On or about June 8, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 49897.

c.   On or about June 8, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of TTI and BBI in relation to TC No. 49897.

d.   On or about July 13, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 49897.

e.   As a result of submitting the invoice on July 13, 1999, Defendant FURUKAWA caused Warrant No. S0011396, in the amount of $9,289, to be mailed to Argent Construction on or about August 9, 1999, by the State of Hawaii.

Overt Act 30 - In re: TC No. 101112; Warrant No. S0008287

a.   On or about May 10, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant UEMURA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 101112.

b.   On or about June 8, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Hammer Jammers for work in relation to TC No. 101112.

c.   On or about June 8, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and

40

fraudulent contract proposals in the names of SEI and BUI in relation to TC 101112.

d.  On or about July 1, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Hammer Jammers for work allegedly performed pursuant to TC 101112.

e.  As a result of submitting the invoice on July 1, 1999, Defendant UEMURA caused Warrant No. S0008287, in the amount of $9,445.00, to be mailed to Hammer Jammers on or about July 30, 1999, by the State of Hawaii.

Overt Act 31 - In re: TC No. 101110; Warrant No. S0010079

a.  On or about May 11, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 101110.

b.  On or about June 8, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of KenLee LLC for work in relation to TC No. 101110.

c.  On or about June 8, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BUI and HCI in relation to TC No. 101110.

41

d.   On or about July 6, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from KenLee LLC for work allegedly performed pursuant to TC No. 101110.

e.   As a result of submitting the invoice on July 6, 1999, Defendant FURUKAWA caused Warrant No. S0010079, in the amount of $9,400, to be mailed to KenLee LLC on or about August 4, 1999, by the State of Hawaii.

Overt Act 32 - In re: TC No. 49854; Warrant No. S0009290

a.   On or about April 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 49854.

b.   On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Gothic Builders for work in relation to TC No. 49854.

c.   On or about May 17, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BBI and SEI in relation to TC No. 49854.

d.   On or about June 21, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a

fraudulently inflated invoice from Gothic Builders for work allegedly performed pursuant to TC No. 49854.

e.  As a result of submitting the invoice on June 21, 1999, Defendant FURUKAWA caused Warrant No. S0009290, in the amount of $9,670 to be mailed to Gothic Builders on or about August 2, 1999, by the State of Hawaii.

Overt Act 33 - In re: TC No. 101141; Warrant No. S0010960

a.  On or about May 19, 1999, Defendant HIROKAWA directed Harry Shibuya to contact Defendant FURUKAWA for the purpose of soliciting a contract proposal for repair work in relation to TC No. 101141.

b.  On or about June 21, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Argent Construction for work in relation to TC No. 101141.

c.  On or about June 21, 1999, Defendant FURUKAWA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of BBI and TTI in relation to TC No. 101141.

d.  On or about July 15, 1999, Defendant FURUKAWA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Argent Construction for work allegedly performed pursuant to TC No. 101141.

e.  As a result of submitting the invoice on July 15, 1999, Defendant FURUKAWA caused Warrant No. S0010960, in the amount of $8,849, to be mailed to Argent Construction on or about August 6, 1999, by the State of Hawaii.

Overt Act 34 - In re: TC No. 100398; Warrant No. S0014202

a.  On or about March 29, 1999, Defendant HIROKAWA initiated TC No. 100398 for the construction of planter boxes to hold poinsettias.

b.  On or about April 19, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME a fraudulently inflated contract proposal on behalf of Wes' Contracting for work in relation to TC No. 100398.

c.  On or about April 19, 1999, Defendant UEMURA delivered or caused to be delivered to the Airport OME false and fraudulent contract proposals in the names of Argent Construction and TTI in relation to TC No. 100398.

d.  On or about July 28, 1999, Defendant UEMURA submitted or caused to be submitted to the Airport OME a fraudulently inflated invoice from Wes' Contracting for work allegedly performed pursuant to TC No. 100398.

e.  As a result of submitting the invoice on July 28, 1999, Defendant UEMURA caused Warrant No. S0014202, in the amount of $14,350, to be mailed to Wes' Contracting on or about August 17, 1999, by the State of Hawaii.

44

Overt Act 35:

In approximately the fall of 1998, Defendant OKADA instructed Defendants FURUKAWA and UEMURA, and Arthur Inada and Bert Shiosaki to form new companies in order to receive additional small purchase construction, maintenance, and repair contracts at the Honolulu International Airport.

Overt Act 36:

In or around approximately February, 1999, Defendant HIROKAWA provided Harry Shibuya with the questions and answers for a promotional board interview that Shibuya was to undergo as part of his application to become the Supervisory Inspector in the office of OME at the Honolulu International Airport.

Overt Act 37:

In or about approximately March, 1998, Arthur Inada made a kickback payment of $20,000 to defendant OKADA in order to continue receiving repair and maintenance contracts from the office of OME at the Honolulu International Airport.

Overt Act 38:

In or about approximately March, 1999, Arthur Inada made a kickback payment of $20,000 to defendant OKADA in order to continue receiving repair and maintenance contracts from the office of OME at the Honolulu International Airport.

45

Overt Act 39:

        Defendant OKADA told Arthur Inada that the quotes he was submitting for work on airport maintenance and repair projects were too low, that he should increase the prices he was charging, and that his quotes should be high enough to cover the costs of the kickbacks he paid to defendant HIROKAWA.

Overt Act 40:

        In or about approximately May, 2002, Defendant FURUKAWA instructed Defendants UEMURA, HIROKAWA, and OKADA, as well as Arthur Inada and Bert Shiosaki, not to admit to investigators for the Hawaii State Attorney General's Office that cash payments had been made by contractors to airport personnel in exchange for the contractors receiving contracts for repair and maintenance projects by the office of OME at the Honolulu International Airport.

Overt Act 41:

        In or about approximately June, 2002, Defendant OKADA stated to Defendants FURUKAWA, UEMURA, and HIROKAWA, as well as to Arthur Inada and Bert Shiosaki, that he would contact people with political influence in the State of Hawaii to inquire about getting the law enforcement investigation stopped.

        All in violation of Title 18, United States Code, Section 371.

COUNTS 2-49

(18 U.S.C. § 1341 - Mail Fraud)

The Grand Jury further charges:

THE SCHEME AND ARTIFICE TO DEFRAUD:

32.    From a specific time unknown, but by on or about
July 1, 1997, to on or about June 30, 2001, in the District of
Hawaii and elsewhere, Defendants MICHAEL FURUKAWA, WESLEY UEMURA
and DENNIS HIROKAWA, along with others both known and unknown to
the grand jury, knowingly devised and intended to devise a scheme
and artifice to defraud, and a scheme and artifice for obtaining
money from the State of Hawaii by means of materially false and
fraudulent pretenses, representations and promises, as well as
omissions of material fact.

33.    The Grand Jury hereby incorporates by reference
paragraphs 1 through 4 and 6 through 31 of Count 1, as if set
forth herein in their entirety.

THE MAILINGS

34.    On or about the dates listed below, within the
District of Hawaii, and elsewhere, for the purpose of carrying
out the aforesaid scheme and artifice to defraud, the defendants
identified below did knowingly cause to be delivered to the
United States Postal Service the mail matter described below, to
be placed in a post office and an authorized depository for mail
matter to be sent and delivered by the United States Postal

47

Service, with each such mailing constituting a separate count of this Second Superseding Indictment:

| COUNT | DEFENDANT(S) CHARGED | DATE OF MAILING | DESCRIPTION AND ADDRESSEE |
|-------|----------------------|-----------------|---------------------------|
| 2 | Michael Furukawa | July 16, 1999 | State of Hawaii Warrant No. S0003855 payable to Argent Construction, in the amount of $7,679. |
| 3 | Michael Furukawa | July 16, 1999 | State of Hawaii Warrant No. S0003850 payable to Gothic Builders, Inc., in the amount of $9,480. |
| 4 | Michael Furukawa | July 30, 1999 | State of Hawaii Warrant No. S0008257 payable to Argent Construction, Inc., in the amount of $8,859. |
| 5 | Michael Furukawa<br><br>Dennis Hirokawa | August 2, 1999 | State of Hawaii Warrant No. S0009290 payable to Gothic Builders, Inc., in the amount of $9,670. |
| 6 | Michael Furukawa<br><br>Dennis Hirokawa | August 2, 1999 | State of Hawaii Warrant No. S0009285 payable to Argent Construction, Inc., in the amount of $9,679. |
| 7 | Michael Furukawa | August 4, 1999 | State of Hawaii Warrant No. S0010079 payable to KenLee LLC, in the amount of $9,400. |
| 8 | Michael Furukawa | August 4, 1999 | State of Hawaii Warrant No. S0010075 payable to Argent Construction, Inc., in the amount of $9,469. |
| 9 | Michael Furukawa<br><br>Dennis Hirokawa | August 5, 1999 | State of Hawaii Warrant No. S0010446 payable to MF Masonry, Inc., in the amount of $14,475. |

48

| COUNT | DEFENDANT(S) CHARGED | DATE OF MAILING | DESCRIPTION AND ADDRESSEE |
|-------|---------------------|-----------------|---------------------------|
| 10 | Michael Furukawa<br><br>Dennis Hirokawa | August 5, 1999 | State of Hawaii Warrant No. S0010295 payable to Gothic Builders, Inc., in the amount of $7,950. |
| 11 | Michael Furukawa<br><br>Dennis Hirokawa | August 6, 1999 | State of Hawaii Warrant No. S0010836 payable to MF Masonry, Inc., in the amount of $8,745. |
| 12 | Michael Furukawa<br><br>Dennis Hirokawa | August 6, 1999 | State of Hawaii Warrant No. S0010834 payable to KenLee LLC, in the amount of $5,500. |
| 13 | Michael Furukawa<br><br>Dennis Hirokawa | August 6, 1999 | State of Hawaii Warrant No. S0010969 payable to KenLee LLC, in the amount of $7,900. |
| 14 | Michael Furukawa<br><br>Dennis Hirokawa | August 6, 1999 | State of Hawaii Warrant No. S0010960 payable to Argent Construction, Inc., in the amount of $8,849. |
| 15 | Michael Furukawa<br><br>Dennis Hirokawa | August 9, 1999 | State of Hawaii Warrant No. S0011396 payable to Argent Construction, Inc., in the amount of $9,289. |
| 16 | Michael Furukawa<br><br>Dennis Hirokawa | August 10, 1999 | State of Hawaii Warrant No. S0011874 payable to MF Masonry, Inc., in the amount of $9,395. |
| 17 | Michael Furukawa | August 10, 1999 | State of Hawaii Warrant No. S0011621 payable to MF Masonry, Inc., in the amount of $8,755. |

| COUNT | DEFENDANT(S) CHARGED | DATE OF MAILING | DESCRIPTION AND ADDRESSEE |
|---|---|---|---|
| 18 | Michael Furukawa | August 16, 1999 | State of Hawaii Warrant No. S0013939 payable to MF Masonry, Inc., in the amount of $9,685. |
| 19 | Michael Furukawa | August 18, 1999 | State of Hawaii Warrant No. S0014534 payable to MF Masonry, Inc., in the amount of $9,485. |
| 20 | Wesley Uemura | July 1, 1999 | State of Hawaii Warrant No. S0000176 payable to Hammer Jammers, Inc., in the amount of $9,256. |
| 21 | Wesley Uemura | July 16, 1999 | State of Hawaii Warrant No. S0003852  payable to Wes' Contracting in the amount of $8,670. |
| 22 | Wesley Uemura | July 16, 1999 | State of Hawaii Warrant No. S0003860 payable to Hammer Jammers, Inc., in the amount of $7,795. |
| 23 | Wesley Uemura | July 16, 1999 | State of Hawaii Warrant No. S0003866 payable to Wes' Contracting in the amount of $8,760 |
| 24 | Wesley Uemura | July 30, 1999 | State of Hawaii Warrant No. S0008263 payable to Hammer Jammers, Inc., in the amount of $9,475. |
| 25 | Wesley Uemura | July 30, 1999 | State of Hawaii Warrant No. S0008274 payable to Wes' Contracting, in the amount of $9,485. |
| 26 | Wesley Uemura  Dennis Hirokawa | July 30, 1999 | State of Hawaii Warrant No. S0008287 payable to Hammer Jammers, Inc., in the amount of $9,445. |

| COUNT | DEFENDANT(S) CHARGED | DATE OF MAILING | DESCRIPTION AND ADDRESSEE |
|-------|----------------------|-----------------|---------------------------|
| 27 | Wesley Uemura | July 30, 1999 | State of Hawaii Warrant No. S0008292 payable to Wes' Contracting, in the amount of $8,550. |
| 28 | Wesley Uemura | August 2, 1999 | State of Hawaii Warrant No. S0009298 payable to Wes' Contracting, in the amount of $9,390. |
| 29 | Wesley Uemura<br><br>Dennis Hirokawa | August 2, 1999 | State of Hawaii Warrant No. S0009291 payable to Hammer Jammers, in the amount of $8,665. |
| 30 | Wesley Uemura<br><br>Dennis Hirokawa | August 4, 1999 | State of Hawaii Warrant No. S0010081 payable to Wes' Contracting, in the amount of $8,860. |
| 31 | Wesley Uemura<br><br>Dennis Hirokawa | August 5, 1999 | State of Hawaii Warrant No. S0010296 payable to Hammer Jammers, Inc., in the amount of $8,365. |
| 32 | Wesley Uemura<br><br>Dennis Hirokawa | August 5, 1999 | State of Hawaii Warrant No. S0010304 payable to Wes' Contracting, in the amount of $9,640. |
| 33 | Wesley Uemura<br><br>Dennis Hirokawa | August 6, 1999 | State of Hawaii Warrant No. S0010605 payable to Wes' Contracting, in the amount of $7,990. |

All in violation of Title 18, United States Code, Section 1341.

DATED: March __, 2006, at Honolulu, Hawaii.


A TRUE BILL


/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

_____
LAWRENCE A. GOYA
Special Assistant U.S. Attorney



United States v. Michael Furukawa, et al.;
"Second Superseding Indictment"
 Crim. No. 04-00243 DAE


52