DANA S. ISHIBASHI 4187
Attorney at Law

568 HALEKAUWILA STREET, 2nd Floor
HONOLULU, HAWAI'I 96813
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 545-2628
E-MAIL: ishibashid@aol.com

Attorney for Defendant
RICHARD OKADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| MICHAEL FURUKAWA,         (01) | ) | NOTICE OF WITHDRAWAL OF |
| WESLEY UEMURA,            (02) | ) | SUBPOENA DUCES TECUM SERVED |
| DENNIS HIROKAWA, and      (03) | ) | UPON ARTHUR INADA-BLUEPRINT |
| RICHARD OKADA.            (04) | ) | BUILDERS INC. |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM
SERVED UPON ARTHUR INADA BLUEPRINT BUILDERS INC.**

NOW COMES Defendant Richard Okada, by and through his counsel undersigned to notice the withdrawal of the subpoena duces tecum served upon Arthur Inada, president of Blueprint Builders Inc. on August 9, 2006.

DATED: Honolulu, Hawai'i, August 10, 2006.

DANA S. ISHIBASHI
ATTORNEY FOR RICHARD OKADA