EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA  2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S PROPOSED |
| vs. | ) | SUPPLEMENTAL JURY INSTRUCTION; |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL FURUKAWA,     (01) | ) | |
| WESLEY UEMURA,        (02) | ) | Trial: September 19, 2006 |
| DENNIS HIROKAWA,      (03) | ) | |
| RICHARD OKADA,        (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>GOVERNMENT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION</u>

In addition to the parties' joint instructions, the United States requests that this court give the attached supplement jury instruction.

DATED:   <u>  September 7   </u>, 2006 at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    <u>/s/ Lawrence L. Tong</u>
    LAWRENCE L. TONG
    Assistant U.S. Attorney
    LAWRENCE A. GOYA
    Special Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America

PROPOSED INSTRUCTION NO. 1

You have heard testimony from Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa, and Roy Yoshida. Each of these witnesses has pleaded guilty to a crime arising out of the same events for which the defendants are on trial. These guilty pleas are not evidence against any of the defendants, and you may consider the pleas only in determining the witnesses' believability.

For these reasons, in evaluating the testimony of Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa and Roy Yoshida, you should consider the extent to which or whether each such person's testimony may have been influenced by his guilty plea. In addition, you should examine such witnesses' testimony with greater caution than that of other witnesses.

Ninth Circuit Manual of Model Criminal Jury Instructions no. 4.9 (2006 ed.)(modified)

GIVEN     _____
REFUSED   _____
MODIFIED  _____

CLEAN COPY OF SUPPLEMENTAL JURY INSTRUCTION

INSTRUCTION NO. ___

You have heard testimony from Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa, and Roy Yoshida.  Each of these witnesses has pleaded guilty to a crime arising out of the same events for which the defendants are on trial.  These guilty pleas are not evidence against any of the defendants, and you may consider the pleas only in determining the witnesses' believability.

For these reasons, in evaluating the testimony of Harry Shibuya, Arthur Inada, Bert Shiosaki, Herbert Hirota, Roy Shimotsukasa and Roy Yoshida, you should consider the extent to which or whether each such person's testimony may have been influenced by his guilty plea.  In addition, you should examine such witnesses' testimony with greater caution than that of other witnesses.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

| | |
|---|---|
| CLIFFORD B. HUNT, ESQ.<br>notquilty007@msn.com<br><br>Attorney for Defendant<br>WESLEY UEMURA | September 7, 2006 |
| DANA S. ISHIBASHI<br>ishibashi@aol.com<br><br>Attorney for Defendant<br>RICHARD OKADA | September 7, 2006 |
| HOWARD K.K. LUKE, ESQ.<br>howardkkluke@hawaii.rr.com<br><br>Attorney for Defendant<br>MICHAEL FURUKAWA | September 7, 2006 |

Served by first class mail:

| | |
|---|---|
| KEITH S. SHIGETOMI, ESQ.<br>711 Kapiolani Blvd., Suite 1440<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>DENNIS HIROKAWA | September 7, 2006 |

DATED:  Honolulu, Hawaii, September 7, 2006.

/s/ Janice Tsumoto