EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA  2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE |
| vs. | ) | AUTHENTICITY OF RECORDS |
| | ) | OF PAYMENTS MADE BY THE |
| MICHAEL FURUKAWA,      (01) | ) | STATE OF HAWAII |
| WESLEY UEMURA,         (02) | ) | |
| DENNIS HIROKAWA,       (03) | ) | Trial: September 20, 2006 |
| RICHARD OKADA,         (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


TRIAL STIPULATION RE AUTHENTICITY OF RECORDS
OF PAYMENTS MADE BY THE STATE OF HAWAII

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This
means you are to regard those facts as having been proven.  The
facts to which they have agreed are as follows:

The State of Hawaii, Department of Accounting and
General Services (DAGS) creates and maintains records of payments
made by the various departments of the State of Hawaii.
Government exhibits 2K, 2L, 3K, 3L, 4K, 4L, 5K, 5L, 6K, 6L, 7K,
7L, 8K, 8L, 9J, 9K, 10K, 10L, 11K, 11L, 12-I, 12J, 13-I, 13J,
14K, 14L, 15K, 15L, 16K, 16L, 17K, 17L, 18K, 18L, 19K, 19L, 20K,
20L, 21J, 21K, 22J, 22K, 23K, 23L, 24K, 24L, 25K, 25L, 26K, 26L,
27K, 27L, 28K, 28L, 29K, 29L, 30K, 30L, 31J, 31K, 32K, 32L, 33K,
33L, 34J, 34K, 35J, 35K, 36J, 36K, 37J, 37K, 38-I, 38J, 39J, 39K,
40J, 40K, 41J, 41K, 42J, 42K, 43J, 43K, 44J, 44K, 45J, 45K, 46-I,
46J, 47K, 47L, 48G, 48H, 49G, 49H, 50G, 50H, 51G and 51H are true
and correct copies of warrant number listings and warrants, or
checks, reflecting payments made by the State of Hawaii to
various entities.  All of these exhibits were regularly made and
created by DAGS, and were maintained by DAGS in the ordinary
course of its business activity.  The parties agree that such
exhibits may be admitted into evidence without the need for
\\\
\\\
\\\
\\\

foundational testimony, subject to any relevancy objections.

DATED: September 20, 2006 at Honolulu, Hawaii.


/s/ Howard K.K. Luke
HOWARD K. K. LUKE, ESQ.
Attorney for Defendant
Michael Furukawa


/s/ Clifford Hunt
CLIFFORD HUNT, ESQ.
Attorney for Defendant
Wesley Uemura


/s/ Keith Shigetomi
KEITH SHIGETOMI, ESQ.
Attorney for Defendant
Dennis Hirokawa


/s/ Dana Ishibashi
DANA ISHIBASHI, ESQ.
Attorney for Defendant
Richard Okada

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Lawrence L. Tong
LAWRENCE L. TONG
Assistant U.S. Attorney
LAWRENCE A. GOYA
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America


U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE AUTHENTICITY OF RECORDS
OF PAYMENTS MADE BY THE STATE OF HAWAII