EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG   3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | TRIAL STIPULATION RE |
| | ) | POSITIONS HELD BY |
| vs. | ) | DEFENDANTS DENNIS HIROKAWA |
| | ) | AND RICHARD OKADA |
| MICHAEL FURUKAWA,        (01) | ) | |
| WESLEY UEMURA,           (02) | ) | Trial: September 20, 2006 |
| DENNIS HIROKAWA,         (03) | ) | |
| RICHARD OKADA,           (04) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TRIAL STIPULATION RE POSITIONS HELD BY
DEFENDANTS DENNIS HIROKAWA AND RICHARD OKADA

The United States and defendants, through their

counsel, have stipulated, or agreed, to certain facts.  This means you are to regard those facts as having been proven.  The facts to which they have agreed are as follows:

During the time from July 1, 1997 until September 1, 1998, defendant Dennis Hirokawa was employed by the State of Hawaii, Department of Transportation, Oahu Airport District, as an Engineer in the Oahu district office of Maintenance Engineer (OME).  From September 1, 1998 until mid April 1999, Hirokawa was employed as Acting Construction and Maintenance Superintendent for the Maintenance Section of the Honolulu International Airport.  Hirokawa took the Construction and Maintenance Superintendent position on a regular basis in mid April 1999, and served in that position through June 30, 2002.

During the time from July 1, 1997 through June 30, 2002, defendant Richard Okada was employed by the State of

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Hawaii, Department of Transportation, Airports Division as the Administrator for the Visitor Information Program.

DATED: September 20, 2006 at Honolulu, Hawaii.

|  |  |
|---|---|
| /s/ Howard K.K. Luke<br>HOWARD K. K. LUKE, ESQ.<br>Attorney for Defendant<br>Michael Furukawa | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii |
| /s/ Clifford Hunt<br>CLIFFORD HUNT, ESQ.<br>Attorney for Defendant<br>Wesley Uemura | /s/ Lawrence L. Tong<br>LAWRENCE L. TONG<br>Assistant U.S. Attorney<br>LAWRENCE A. GOYA<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |
| /s/ Keith Shigetomi<br>KEITH SHIGETOMI, ESQ.<br>Attorney for Defendant<br>Dennis Hirokawa |  |
| /s/ Dana Ishibashi<br>DANA ISHIBASHI, ESQ.<br>Attorney for Defendant<br>Richard Okada |  |

U.S. v. Michael Furukawa, et al.
Cr. No. 04-00243 DAE
TRIAL STIPULATION RE POSITIONS HELD BY
DEFENDANTS DENNIS HIROKAWA AND RICHARD OKADA