# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa |
| | (02) Wesley Uemura |
| | (03) Dennis Hirokawa |
| | (04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong |
| | Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke |
| | (02) Clifford B. Hunt |
| | (03) Keith Shigetomi |
| | (04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/26/2006 | TIME: | 9:00am-12:00pm-2:00pm-4:30pm |

COURT ACTION:  EP: Jury Trial-1st day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

Defendants queried regarding juror #12.  No objections.

Juror #12 excused.  Alternate #1 replaces juror #12.

12 jurors, 3 alternates present.

Jurors sworn.

Jury instructed by the Court.

Governments' Opening Statement by Lawrence Goya.

Defendant (01) Michael Furukawa's Opening Statement.

Defendant (02) Wesley Uemura's Opening Statement.

Defendant (03) Dennis Hirokawa's Opening Statement.

Defendant (04) Richard Okada reserves the right to do an opening statement at a later time.

Defendant (04) Richard Okada's Oral Motion for Judgment of the Acquittal-DENIED.

Governments' Witnesses: Ross Higashi

Governments' Exhibits Received: 1b-1g, 12a, 13a, 46b-46d, 46f, 46k, 46g, 46h, 2a-2b, 1.

Further Jury Trial continued to 9/27/2006 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager
`