EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG     #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL STIPULATION RE CHAIN |
| vs. | ) | OF CUSTODY |
| | ) | |
| MICHAEL FURUKAWA,       (01) | ) | |
| WESLEY UEMURA,          (02) | ) | Trial: September 19, 2006 |
| DENNIS HIROKAWA,        (03) | ) | |
| RICHARD OKADA,          (04) | ) | |
| | ) | |
| Defendants. | ) | |

TRIAL STIPULATION RE CHAIN OF CUSTODY

The United States and defendants, through their counsel, have stipulated, or agreed, to certain facts.  This

means you are to regard those facts as having been proven. The facts to which they have agreed are as follows:

On May 17, 2002, Ross Higashi turned over documents which had been taken from Harry Shibuya's office to Harold Fitchett, a special investigator with the State of Hawaii, Department of Attorney General. The documents included trouble calls, photographs and post-it notes. When the documents were turned over to investigator Fitchett, the photographs were stapled to the trouble calls, and the post-it notes were attached to the trouble calls.

Investigator Fitchett thereafter turned over the same documents to the Federal Bureau of Investigation. The documents were in substantially the same condition as when they were received from Higashi.

DATED: October 3, 2006 at Honolulu, Hawaii.

|  |  |
|---|---|
| /s/ Howard K. K. Luke<br>HOWARD K. K. LUKE, ESQ.<br>Attorney for Defendant<br>Michael Furukawa | EDWARD H. KUBO, JR.<br>United States Attorney<br>District of Hawaii |
| /s/ Clifford Hunt<br>CLIFFORD HUNT, ESQ.<br>Attorney for Defendant<br>Wesley Uemura | /s/ Lawrence L. Tong<br>LAWRENCE L. TONG<br>Assistant U.S. Attorney<br>LAWRENCE A. GOYA<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff<br>United States of America |
| /s/ Keith Shigetomi<br>KEITH SHIGETOMI, ESQ.<br>Attorney for Defendant<br>Dennis Hirokawa |  |

<u>/s/ Dana Ishibashi</u>
DANA ISHIBASHI, ESQ.
Attorney for Defendant
Richard Okada

<u>U.S. v. FURUKAWA, et al.</u>
CR. NO. 04-00243 DAE
TRIAL STIPULATION RE CHAIN OF CUSTODY