# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (01) Michael Furukawa<br>(02) Wesley Uemura<br>(03) Dennis Hirokawa<br>(04) Richard Okada |
| ATTYS FOR PLA: | Lawrence L. Tong<br>Lawrence A. Goya |
| ATTYS FOR DEFT: | (01) Howard K.K. Luke<br>(02) Clifford B. Hunt<br>(03) Keith Shigetomi<br>(04) Dana Ishibashi |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/25/2006 | TIME: | 9:30am-12:00am<br>1:30pm-4:30pm |

COURT ACTION:  EP: Further Jury Trial-14th day.

Defendant (01) Michael Furukawa, present not in custody.

Defendant (02) Wesley Uemura, present not in custody.

Defendant (03) Dennis Hirokawa, present not in custody.

Defendant (04) Richard Okada, present not in custody.

12 jurors, 2 alternates present.

Defendant (04) Richard Okada cross-examined by The Government.

Defendant (04) Richard Okada's defense case rests.

Governments' Rebuttal Witness: Patricia Mau-Shimizu

Governments' Rebuttal Exhibit Received: 69

Government Rests.

Defendants' Motion for Judgment of Acquittal-DENIED.

Jury Instructions settled with Counsel.

Governments' closing arguments.

Defendant (01) Michael Furukawa's closing arguments.

Further Jury Trial, 15th day- continued to 10/26/2006 @9:00amDAE.

Submitted by: Theresa Lam, Courtroom Manager