IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 7 2006

at 4 o'clock and 15 min. PM
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT |
| vs. | ) | |
| | ) | |
| RICHARD OKADA,    (04) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, RICHARD OKADA:

**AS TO COUNT 1**

_____ Not Guilty.    __X__ Guilty.

DATED: _October 27, 2006_, at Honolulu, Hawaii.

SIGNED: _____
                    FOREPERSON