IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 04-00243DAE |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | RECEIPT FOR EXHIBITS |
| ) | |
| (01) MICHAEL FURUKAWA, (02) ) | |
| WESLEY UEMURA, (03) DENNIS ) | |
| HIROKAWA and (04) RICHARD ) | |
| OKADA, ) | |
| ) | |
| Defendant(s). | |

I, Lawrence L. Tong of U.S. Attorney's Office, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED: Honolulu, Hawaii, _____10-30-06_____

_____
Signature

Attorney for:
UNITED STATES OF AMERICA