EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

LAWRENCE A. GOYA   2476
Special Assistant U.S. Attorney
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: (808) 586-1160
Facsimile: (808) 586-1375
E-Mail: Lawrence.A.Goya@hawaii.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00243-04 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| RICHARD OKADA,    (04) | ) | Date:  May 12, 2007 |
| | ) | Judge:  David A. Ezra |
| Defendant. | ) | |
| _____ | ) | |

<u>GOVERNMENT'S SENTENCING STATEMENT</u>

The United States has no objections to the draft presentence report.

DATED:   <u>   February 6, 2007   </u>   at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              <u>/s/ Lawrence L. Tong</u>
                              LAWRENCE L. TONG
                              Assistant U.S. Attorney
                              LAWRENCE A. GOYA
                              Special Assistant U.S. Attorney
                              Attorneys for Plaintiff
                              United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

DANA S. ISHIBASHI                           February 6, 2007
ishibashi@aol.com

Attorney for Defendant
RICHARD OKADA


Served by hand delivery:

U.S. PROBATION OFFICE                       February 6, 2007
Attn: Eliie N. Asasaki
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, February 6, 2007.


                                /s/ Janice Tsumoto