# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00243DAE |
| CASE NAME: | USA v. (04)Richard Okada |
| ATTYS FOR PLA: | Larry Tong<br>Lawrence Goya |
| ATTYS FOR DEFT: | (04)Dana Ishibashi |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/04/2007 | TIME: | 11:15am-12:00pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Second Superseding Indictment as to Defendant (04)Richard Okada.

Defendant (04)Richard Okada present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.  No Allocution by Defendant (04)Richard Okada.

SENTENCE:

Imprisonment:   60 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The Court shall waive the mandatory drug test condition because the

        defendant does not have a recent history of substance abuse and the offense is not drug-related. [The condition would have required Defendant to submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release.]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That restitution of $4,508,731.89, plus $689,685 investigative costs, for a total of $5,198,416.89, is owed jointly and severally with codefendants Michael Furukawa, Dennis Hirokawa, and Wesley Uemura, and due immediately to the State of Hawaii, Department of Transportation - Airports Division. The defendant shall also be given credit for restitution paid to the State of Hawaii in the related state criminal cases pertaining to coconspirators Arthur Inada, Roy Yoshida, Herbert Hirota, and Bert Shiosaki. Any remaining balance upon release from confinement shall be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Assessment: $100.00. No fine.

JUDICIAL RECOMMENDATIONS: Any Prison Camp on the West Coast with a medical facility.

Defendant advised of his right to appeal.

Mittimus is stayed until 1/15/2008

Defendant to self-surrender @2:00 p.m. on 1/15/2008 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Defendant's Oral Motion to Stay Mittimus Date pending appeal-DENIED.

Submitted by: Theresa Lam, Courtroom Manager