**ORIGINAL**

DANA S. ISHIBASHI 4187
Attorney at Law
345 QUEEN STREET, SUITE 600
HONOLULU, HAWAI'I 96813
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 536-2015
E-MAIL: ishibashid@aol.com

Attorney for Defendant
RICHARD OKADA [04]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2007

at 2 o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CR NO. 04-00243 DAE |
| Plaintiff, | ) ) | NOTICE OF APPEAL; EXHIBIT "A" and CERTIFICATE OF SERVICE |
| VS. | ) ) | |
| RICHARD OKADA.     (04) | ) ) | |
| Defendant. | ) ) | |

NOTICE OF APPEAL

Defendant RICHARD OKADA (04), pursuant to Fed. R. App. P. 4(b), hereby gives notice of appeal to the United States Court of Appeals of the Ninth Circuit of the final judgment in a criminal case entered by the Honorable David A. Ezra, United States District Judge, in the above captioned case on October 23, 2007.

DATED: Honolulu, Hawai'i, October 29, 2007.

_____
Dana S. Ishibashi
Attorney for Defendant
Richard Okada