## Certificate of Service

I hereby certify that on _____10-30-07_____, a copy of the foregoing document was served, by hand-delivery and/or electronic filing, upon the following parties:

**LAWRENCE TONG**
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

**HOWARD LUKE**
Ocean View Center, Suite 610
707 Richards Street
Honolulu, Hawai'i 96813
    Attorney for Defendant
    Michael Furukawa (01)

**CLIFFORD HUNT**
345 Queen Street, Suite 915
Honolulu, Hawai'i 96813
    Attorney for Defendant
    Wesley Uemura (02)

**KEITH S. SHIGETOMI**
Pacific Park Plaza, Suite 1440
711 Kapiolani Blvd.
Honolulu, Hawai'i 96813
    Attorney for Defendant
    Dennis Hirokawa (03)

DATED: Honolulu, Hawai'i, October 29, 2007.

_____
Dana S. Ishibashi
Attorney for Defendant Richard Okada