# Court Copy

Receipt for Payment
**For Internal Use Only**

## U.S. District Court - Hawaii

| | |
|---|---|
| Receipt | 241468 |
| Trans | 148233 |

Received From:   **DANA ISHIBASHI**
Case Number:
Reference Number:   CR04-243DAE04

|  |  | Check | 455.00 |
|---|---|---|---|
|  |  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  |  | **Total** | **455.00** |
|  |  | Tend | 455.00 |
|  |  | Due | 0.00 |

11/07/2007 12:30:36 PM     Deputy Clerk:  et/GB