## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

November 9, 2007

Lawrence L. Tong, Esq.
Office of the U.S. Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Suite 6100
Honolulu, Hi   96850

IN RE:   U.S.A v. Richard Okada
CR NO.   CR 04-00243DAE-04

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 30, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk

By   Anna F. Chang
     Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf, Time Schedule
      Dana S. Ishibashi, Esq.
         with copy of instructions for criminal appeals
         Transcript Desig. & Ordering Form with instructions
         Time Schedule; copy of the docket sheet