UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**
NOV 13 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Richard Okada
   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10538
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00243DAE-04

II. **DATE NOTICE OF APPEAL FILED:** October 30, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**
   **DOCKET FEE PAID ON:** November 7, 2007    **AMOUNT:** $455.00
   **NOT PAID YET:**    **BILLED:**
   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**
   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:    DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 19 2007
DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**
   Notices of Appeal filed by co-defendants:
   (01) Michael Furukawa on October 18, 2007; 9CCA 07-10518
   (03) Dennis Hirokawa on October 24, 2007; 9CCA 07-10517

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Anna F. Chang

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)