IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _07-10538_   U.S. District Court Case No. _Cr 04-00243_

Short Case Title _United States v Richard Okada_

Date Notice of Appeal Filed by Clerk of District Court _October 30, 2007_

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attached sheet for all designations | Cynthia Fazio | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 29 2007
at ___ o'clock and _40_ min __ M.
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _11/27/07_   Estimated date for completion of transcript _____

Print Name of Attorney _Dana S. Ishibashi_   Phone Number _(808) 524-5690_

Signature of Attorney _____

Address _345 Queen St. #600 Honolulu, HI 96813_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_ _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

Attachment to Transcript Designation and Ordering Form

Cr. No. 04-00243-03-DAE    United States vs. Richard Okada [04]

* indicates copy not necessary due to ordering of copy by Michael Furukawa

Pre-Trial Proceedings

Court Reporter
Cynthia Fazio            9/20/06*        -Voir dire

Trial Prceedings

Court Reporter
Cynthia Fazio            9/26/06*
Cynthia Fazio            9/27/06*
Cynthia Fazio            9/28/06*
Cynthia Fazio            9/29/06*

Cynthia Fazio            10/3/06*
Cynthia Fazio            10/4/06*
Cynthia Fazio            10/5/06*
Cynthia Fazio            10/6/06*

Cynthia Fazio            10/17/06*
Cynthia Fazio            10/18/06*
Cynthia Fazio            10/19/06*
Cynthia Fazio            10/20/06*

Cynthia Fazio            10/24/06*
Cynthia Fazio            10/25/06*
Cynthia Fazio            10/26/06*

Debra K. Chun            10/27/06*

Sentencing

Court Reporter

Cynthia Fazio            10/4/07