AO 245B     (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:     1:04CR00243-004 DAE                                  Judgment - Page 3 of 8
DEFENDANT:       RICHARD OKADA

CC'd Financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **60 MONTHS**

[✓]  The court makes the following recommendations to the Bureau of Prisons:
     **Any Prison Camp on the West Coast with a medical facility.**

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[✓]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✓] before 2:00pm, local time on 1/15/2008.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 08 2008
at 9 o'clock and ___ min. a.m.
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on 01-14-08 to  *FCI Sheridan*
at Sheridan, OR , with a certified copy of this judgment.

Charles A. Daniels
UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal